IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**O R I G I N A L**

**4:14-CR-146-Y**

| UNITED STATES OF AMERICA |
|---|
| VS |
| JEFFREY WATTS (1) |

**ORDER OF REFERRAL FOR ARRAIGNMENT AND RECEIPT OF GUILTY PLEA ON INFORMATION**

The above-styled and numbered cause is hereby set for arraignment at **9:30 a.m.** on **July 23, 2014**, before MAGISTRATE JUDGE JEFFREY L. CURETON. **All attorneys must be in Court by 9:00 a.m. to insure a timely start of the arraignment hearing**. The attorneys for the parties shall ensure that any plea agreement, the factual resume, and any other papers needed for the arraignment are signed and returned to the U.S. attorney's office no later than 12:00 noon two days before the pleas is to be received (e.g., by 12:00 noon on **Monday** before a **Wednesday**-morning plea). By 4:00 p.m. on the same day, the U.S. attorney must email, as an attachment, to Judge Means' courtroom deputy, Carmen Bush, a copy of any plea agreement and factual resume signed by the defendant and received by the U.S. attorney pursuant to this order. If the U.S. attorney does not email, as an attachment, a copy of any plea agreement and factual resume, this order will be vacated, the case will return to Judge Means's trial docket, and all deadlines (e.g., for filing exhibits and witness lists and exchanging exhibits) will remain in effect.

It is further ordered that if an attorney has not yet appeared in this case, the government is ordered to serve a copy of this order on defendant's counsel within three days of the entry of appearance.

Parties shall immediately notify Carmen Bush at 817-850-6673, if an interpreter will be needed at the arraignment.

SIGNED July 11, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/cb