UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 3 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Hearing: | Guilty Plea at Arraignment Hearing - NON-EVIDENTIARY |
| Case number: | 4:14-CR-146-Y |
| Defendant: | JEFFREY WATTS (1), Sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | |
| US attorney: | Nancy E Larson |
| Defense attorney: | Peter Michael Fleury |
| Time in Court: | 15 min |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | July 23, 2014 |
| Status: | Defendant enters a plea of guilty to count one of the one-count information. Deft TBS: 10:00 a.m., December 9, 2014 PSI Referral Form to defendant's attorney Scheduling Order to follow Deft's detention continued. |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |