IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                    Criminal No. 4:14-CR-146-Y

JEFFREY WATTS (01)
a/k/a "Jeff Watts"

## WAIVER OF INDICTMENT

I, Jeffrey Watts, the above named defendant, who is accused in the Information with the felony offense of Wire Fraud, in violation of 18 U.S.C. § 1343, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

In making this waiver, the defendant represents that he understands that he has the right to have the case presented to a Federal Grand Jury which consists of not more than 23, nor less than 16 citizens of the Northern District of Texas, 12 of whom must vote in favor of an indictment before such indictment is returned or "true billed." The defendant also represents that he understands that such right may be waived, and has discussed the waiver of this right with counsel who has explained the consequences of such waiver, and that he voluntarily, knowingly, and intelligently waives the right to have the case presented to the Federal Grand Jury.

Date 7/23, 2014.

_____        _____
JEFFREY WATTS                           PETER FLEURY
Defendant                               Attorney for Defendant

_____
JEFFREY L. CURETON
United States Magistrate Judge