IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-146-Y |
| JEFFREY WATTS (01) | |

NOTICE OF SUBSTITUTION OF COUNSEL

The government respectfully informs the Court and all interested parties that the above-styled and numbered case has been reassigned within the Office of the United States Attorney for the Northern District of Texas to Assistant United States Attorney Jay Stevenson Weimer.

Accordingly, it is requested that the clerk of the Court enter the name of Jay Stevenson Weimer as counsel of record for the United States of America and remove Nancy E. Larson. The government requests that all notices relating to this case be sent to the undersigned.

    Respectfully submitted,

    SARAH R. SALDAÑA
    UNITED STATES OF ATTORNEY

    */s/ Jay Stevenson Weimer*
    JAY STEVENSON WEIMER
    Assistant United States Attorney
    State Bar of Texas #24013727
    Burnett Plaza, Suite 1700
    801 Cherry Street, Unit 4
    Fort Worth, Texas   76102-6882
    Telephone:   817-252-5200
    Facsimile: 817-252-5455

**Entry of Appearance as Counsel - Page 1**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2014, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney's of record who consented in writing to accept this Notice as service of this document by electronic means: Brett Boone.

                                                */s/ Jay Stevenson Weimer*
                                                JAY STEVENSON WEIMER
                                                Assistant United States Attorney