# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - No Court Action Recommended

| | |
|---|---|
| Name of Offender: Jeffrey Watts | Case No.: 4:14-CR-146-Y(1) |
| Name of Sentencing Judge: | Senior U.S. District Judge Terry R Means |
| Date of Original Sentence: | January 29, 2015 |
| Original Offense: | Wire Fraud; 18 U.S.C. § 1343 |
| Original Sentence: | 78-month custody, 36-month term of supervised release |
| Type of Supervision: Supervised Release | Date Supervision Commenced: April 13, 2018 |
| Assistant U.S. Attorney: J. Stevenson Weimer | Defense Attorney: Brett D. Boone (Court appointed) |

## Notification To The Court For Cause As Follows:

The probation officer believes that the offender has violated the following condition(s) which require(s) official notification although no Court action is being recommended at this time.

### I.

**Violation of Additional Condition**

The defendant is ordered to make restitution in the amount of $4,636,643.00. Restitution shall be paid to the U.S. district clerk, 501 West 10th Street, Room 310, Fort Worth, Texas 76102, for disbursement to each of the victims.

Restitution is due and payable immediately, but if, upon commencement of the term of supervised release, any part of the $4,636,643.00 in restitution ordered by this judgement remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $500 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution is paid in full.

**Nature of Noncompliance**

Jeffrey Watts violated this condition of supervised release by failing to make restitution payments in accordance with the court order. He has paid a total of $4,120 and is in default in the amount of $2,370.

Mr. Watts had a difficult time when he began his term of supervised release. He experienced major mental health issues and was not able to maintain steady employment. He was enrolled into mental health treatment and began improving; however, it continued to be difficult for him to obtain and maintain stable employment. He is currently seeking employment and is fully aware of his financial obligations to this court and his victims. Mr. Watts has informed he will make every effort to become current as soon as possible. Once he obtains a job, we will review his finances and agree on a payment schedule which will enable him to become current.

It is respectfully recommended no action be taken at this time. If Mr. Watts does not prove to be motivated to address his delinquency or has other violations, the Court will be notified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2019

s/Teresa Perez
U.S. Probation Officer
Amarillo
Phone:  806-337-1755
Fax:  806-324-2125

Approved,

s/William Cruz
Supervising U.S. Probation Officer
Phone:  806-337-1751

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Terry R. Means
Senior U.S. District Judge

July 11, 2019.
Date

TP