UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - No Court Action Recommended

Name of Offender:  Jeffrey Watts                                    Case No.:  4:14-CR-146-Y(01)

Name of Sentencing Judge:  Senior U.S. District Judge Terry R. Means

Date of Original Sentence:  January 29, 2015

Original Offense:  Wire Fraud; 18 U.S.C. § 1343

Original Sentence:  78-month custody, 36-month term of supervised release. 5/26/2017: Custody sentence reduced to 66 months.

Type of Supervision:  Supervised Release       Date Supervision Commenced:  April 13, 2018

Assistant U.S. Attorney:  J. Stevenson Weimer       Defense Attorney:  Brett D. Boone
                                                                                                      (Court appointed)

## Notification To The Court For Cause As Follows:

The probation officer believes that the offender has violated the following condition(s) which require(s) official notification although no Court action is being recommended at this time.

I.

**Violation of Mandatory Condition**

The defendant shall not commit another federal, state, or local crime.

**Violation of Special Condition**

The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment.

**Violation of Standard Condition No. 7**

The defendant shall refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia elated to such substances, except as prescribed by a physician.

**Violation of Standard Condition No. 11**

The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

**Nature of Noncompliance**

On January 28, 2020, in South Lake Tahoe, California, Jeffrey Watts violated these conditions of supervised release when he was encountered by South Lake Tahoe Police Officer Brown who discovered

Mr. Watts operating a motor vehicle while intoxicated, as evidenced by his arrest for Driving While Under the Influence, in violation of 23152 (A) VC (1) and 23152 (B) VC (1). Mr. Watts submitted to a chemical breath test which indicated results of a blood alcohol level of .124 percent.

Mr. Watts was released from custody on January 28, 2020, and cited to appear in El Dorado County Superior Court on March 20, 2020. Contact with the District Attorney's office in South Lake Tahoe, California informed the case is pending review. As of this writing, Mr. Watts has not contacted U. S. Probation Officer Teresa Perez (USPO Perez) to advise of the arrest.

**Violation of Additional Condition**

The defendant is ordered to make restitution in the amount of $4,636,643.00. Restitution shall be paid to the U.S. district clerk, 501 West 10th Street, Room 310, Fort Worth, Texas 76102, for disbursement to each of the victims.

Restitution is due and payable immediately, but if, upon commencement of the term of supervised release, any part of the $4,636,643.00 in restitution ordered by this judgement remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $500 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution is paid in full.

**Nature of Noncompliance**

On July 9, 2019, the Court was advised of Mr. Watts's default status regarding restitution. No action was recommended and efforts to bring him current with restitution were instituted.

Mr. Watts is making attempts to become current by making weekly payments; however, is currently $4,648 in default. USPO Perez is monitoring the payments and will advise the Court if other measures need to be taken.

It is respectfully recommended no action be taken at this time as the case remains pending and Mr. Watts will be participating in substance abuse treatment. The Court will be notified if additional action is warranted or if any further violations occur.

I declare under penalty of perjury that the
foregoing is true and correct.

| | |
|---|---|
| Executed on February 12, 2020 | Approved, |
| s/Teresa Perez | s/William Cruz |
| U.S. Probation Officer | Supervising U.S. Probation Officer |
| Amarillo | Phone: 806-337-1751 |
| Phone: 806-337-1755 | |
| Fax: 806-324-2125 | |

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

*Terry R. Means* (signature)
Terry R. Means
Senior U.S. District Judge

February 13, 2020
Date

TP