IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 1 1 2020

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4;14-CR-146-Y |
| | § | |
| JEFFREY WATTS | § | |

## ORDER

In connection with the above captioned and styled cause in which the United States seeks to have the conditions of supervised release of the defendant Jeffrey Watts revoked for allegedly having violated one or more of those conditions, the defendant was taken into custody and initially appeared before the undersigned.  The court conducted an initial appearance hearing and found that the defendant was eligible for appointment of counsel, and appointed counsel.

Based upon the evidence presented, the court finds that probable cause exists to show that the defendant has violated several conditions of supervised release and the defendant failed to show that the defendant is not a risk of flight or nonappearance, nor a danger to any other person or to the community and therefore, the defendant should be held for a revocation hearing and detained pending that hearing.

Accordingly, defendant Jeffrey Watts is ordered detained pending a revocation hearing on Tuesday, September 22, 2020 at 10:00 a.m. before the Honorable Terry R. Means, Senior United States District Judge, in the 5th Floor Courtroom, Eldon B. Mahon U.S. Courthouse, Fort Worth, Texas.

Signed: September 11, 2020

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE