IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:14-CR-146-Y |
| | § | |
| JEFFREY WATTS (1) | § | |

ORDER RESETTING TIME OF HEARING ON
REVOCATION OF SUPERVISED RELEASE

The hearing on revocation of supervised release in the above-styled and -numbered cause is reset to September 22, 2020, at 2:00 p.m. instead of 10:00 a.m. in the second-floor courtroom of the Eldon B. Mahon United States Courthouse, Fort Worth, Texas. Defendant and his counsel must be present.

SIGNED September 16, 2020.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE