```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION


UNITED STATES OF AMERICA      §
                              §
VS.                           §    CRIMINAL NO.  4:14-CR-146-Y
                              §
JEFFREY WATTS (1)             §
```

ORDER ESTABLISHING RULES FOR COURTHOUSE AND
COURTROOM USAGE DURING THE CORONAVIRUS PANDEMIC

In an effort to responsibly recommence the administration of justice, the following rules shall apply to all persons and proceedings in any courtroom over which the Hon. Terry R. Means is presiding from the date of this order until this order is amended or vacated:

1. No person experiencing shortness of breath, fever, coughing, or other COVID-19 symptoms shall attempt to enter the courthouse, nor shall they be admitted into the courthouse by court security officers.

2. No person who has been asked or instructed to self-quarantine by any physician, hospital, or health agency, or who has been diagnosed with, or been in close contact with someone diagnosed with, COVID -19, shall attempt to enter the courthouse.

3. No person expecting to appear before Judge Means in the courtroom shall enter the courthouse without a face mask in place, and such face mask must remain in place unless allowed to be removed by Judge Means.

4. No more than ten persons shall occupy the gallery of the courtroom at any one time.

5. No person shall enter the courthouse more than 15 minutes prior to the courtroom proceeding he intends to attend.

6. Court security officers and deputy United States marshals may deny entry to the courthouse or courtroom to limit the number of persons in close proximity to one another.

7. All persons present in the gallery of the courtroom or in the adjacent hallway must distance themselves from each other by sitting or standing at least six feet apart.

8. No person who wishes to observe a hearing, but who is not present in an official capacity (e.g., counsel, court personnel, defendants, witnesses), may enter the courtroom where the hearing is being held but may instead observe the hearing electronically in the jury assembly room on the third floor of the Eldon B. Mahon United States Courthouse, Room 316. However, as many as three persons may enter the courtroom and sit at least six feet apart in the gallery of the courtroom IF they expect to speak on behalf of a defendant at sentencing.

Persons obligated to appear for hearings before Judge Means who are unable to comply with this order may move for a continuance, but they must identify in their motion the specific reasons preventing compliance.

This order is binding upon all who enter the courtroom and is enforceable by a finding of contempt of court or by an order requiring removal from the courthouse.

SIGNED September 16, 2020.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE