# United States District Court

Northern District of Texas
Fort Worth Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | for revocation of supervised release |
| v. | |
| | Case number:  4:14-CR-146-Y (1) |
| JEFFREY WATTS | Douglas A. Allen, assistant U.S. attorney |
| | Michael A. Lehmann, attorney for the defendant |

On September 22, 2020, a hearing was held, at which time the Court determined that the defendant, Jeffrey Watts, had violated his conditions of supervised release.  Accordingly, the defendant is adjudged guilty of such violations, which involve the following conditions:

| CONDITION | NATURE OF VIOLATION | VIOLATION CONCLUDED |
|---|---|---|
| Standard condition no. 7 and special condition | Consuming alcohol | January and February 2020 |
| Addition condition | Failing to pay restitution | June, July, August, October, November, and December 2018; January, March, April, May, August, September, and December 2019; February, through September 2020 |
| Standard condition no. 1 | Traveling outside of the Northern District of Texas without permission of the Court or probation officer | April 2020 |
| Standard condition no. 2 | Failing to submit a monthly report as directed | May and June 2020 |

The defendant is sentenced as provided in pages one through two of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant shall notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed September 22, 2020.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed September 23, 2020.

**IMPRISONMENT**

The defendant, Jeffrey Watts, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 4 months, pursuant to USSG § 7B1.4(a), p.s.

The defendant is remanded to the custody of the United States marshal.

**SUPERVISED RELEASE**

Upon release from the custody of the Federal Bureau of Prisons, the defendant shall return to federal supervised release for a term of 24 months under the same conditions as set out in the Judgment in a Criminal Case in case no. 4:14-CR-146-Y (1) in the United States District Court for the Northern District of Texas on February 3, 2015, plus any additional conditions imposed thereafter.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States marshal

BY  _____
deputy marshal