AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

JEFFREY WATTS

## EXHIBIT AND WITNESS LIST

Case Number: 4:14-CR-146-Y (1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TERRY R. MEANS | DOUGLAS A. ALLEN, AUSA | MICHAEL A. LEHMANN, FPD |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| SHOW CAUSE HRG. 9/30/2020 | DEBBIE SAENZ | MICHELLE MOON |

| Ct. Exh. No. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | 9/30/2020 | X | X | Affidavit of Teresa Perez, USPO with attached undated letter to Teresa Perez from David Smith |
| 2 | 9/30/2020 | X | X | Final transcript of 9/22/2020 revocation hearing of Jeffrey Watts case. no. 4:14-CR-146-Y (1) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 30 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages