IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   CRIMINAL NO. 4:14-CR-146-Y |
| | § |
| JEFFREY WATTS | § |

ORDER SETTING CONTINGENT HEARING ON
REVOCATION OF SUPERVISED RELEASE

The Court continues to take under advisement the matters addressed during the show cause hearing held on September 30, 2020 in the above-styled and -numbered cause. The Court finds that, in the event the Court determines that the defendant's four-month sentence should be vacated and the revocation hearing re-commenced, it is in the interest of justice to now set the revocation hearing adjourned on September 22, 2020, for re-commencement on October 6, 2020, at 2:00 p.m. Prior to the commencement of the hearing, the Court will enter a separate order to either vacate the sentence imposed during the September 22, 2020 revocation hearing (ECF Nos. 81 and 83) or leave the four-month sentence undisturbed and cancel the hearing on revocation of supervised release.

Defendant and his counsel must be present at the re-commenced hearing.

SIGNED October 1, 2020.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE