ORIGINAL
CTJ

FILED
March 4, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 4, 2021
Lyle W. Cayce
Clerk

No. 20-11034

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

JEFFREY WATTS, AGENT OF JEFF WATTS,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-146-1-Y

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of March 04, 2021, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Charles B. Whitney, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Mar 04, 2021**

Clerk, U.S. Court of Appeals, Fifth Circuit