ORIGINAL
CTJ

Case: 20-11034    Document: 00515765812    Page: 1    Date Filed: 03/04/2021
Case 4:14-cr-00146-Y    Document 103-1    Filed 03/04/21    Page 1 of 1    PageID 404

RECEIVED
By Tamara Ellis at 10:32 am, Mar 04, 2021

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 04, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 20-11034    USA v. Watts
                    USDC No. 4:14-CR-146-1-Y

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Charles B. Whitney, Deputy Clerk
                                504-310-7679

cc w/encl:
    Mr. Taylor Wills Edwards Brown
    Ms. Leigha Amy Simonton